UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GLEASON,<br><br>   Plaintiff,<br><br>   v.<br><br>JEFF LYNCH, et al.,<br><br>   Defendants. | No. 2:20-cv-2406-JAM-EFB P<br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 19, 2021, the magistrate judge issued an order screening plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and denying plaintiff's motion to transfer venue. ECF No. 19. Plaintiff has filed "Objections" to that order which the court construes as a motion for reconsideration. ECF No. 20.

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

////

////

////

Therefore, IT IS ORDERED that, upon reconsideration, the order of the magistrate judge filed March 19, 2021, is AFFIRMED.

DATED: June 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE